UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOEL ISAIAS SORTO,
    Petitioner

v.

DEPARTMENT OF HOMELAND
SECURITY,
    Defendant

CIVIL NO. 1:13-CV-0108

*ORDER*

AND NOW, this 27th day of August, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 8), filed July 31, 2013, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. The magistrate judge's report (Doc. 8) is ADOPTED.
2. The Petition is DISMISSED with prejudice.
3. The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

AUG 27 2013

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk